UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOA K. TRAN | CIVIL ACTION |
| VERSUS | NO: 06-8255 |
| AMERICAN SECURITY INSURANCE COMPANY | SECTION: "K"(2) |

## ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Dismiss (Rec.Doc.No. 3) set for hearing on February 21, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **REMANDED**.

New Orleans, Louisiana, on this __5th__ day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE